# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153021 & (21)

SPENCER B. GUPPY, a minor, by his
Next Friend PAULA J. GUPPY,
      Plaintiff-Appellee,

v

                                          SC: 153021
                                          COA: 328889

WYOMING COMMUNITY CHURCH,
      Defendant-Appellant.

Kent CC: 14-003811-NO

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 7, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

      The stay of trial court proceedings, ordered on August 17, 2016 is DISSOLVED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

d0922